**DISMISS; Opinion issued February 13, 2013**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01036-CV

### COLETTE WOODARDS, Appellant
### V.
### OPTION ONE MORTGAGE CO., Appellee

### On Appeal from the County Court at Law No. 4
### Dallas County, Texas
### Trial Court Cause No. CC-12-03324-D

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

The $175 filing fee in this case is overdue. By letter dated July 30, 2012, we notified appellant the filing fee was due. We directed appellant to pay the fee within ten days and cautioned appellant that failure to do so would result in the dismissal of this appeal. Also by postcard dated July 30, 2012, we notified appellant the time for filing a docketing statement had expired. We directed appellant to file a docketing statement within ten days and cautioned appellant that failure to do so might result in the dismissal of this appeal. To date, appellant has not paid the filing fee, filed a docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(b),(c).


        /Carolyn Wright/
        CAROLYN WRIGHT
        CHIEF JUSTICE


121036F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

COLETTE WOODARDS, Appellant

No. 05-12-01036-CV        V.

OPTION ONE MORTGAGE CO., Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-12-03324-D.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee OPTION ONE MORTGAGE CO. recover its costs of this appeal from appellant COLETTE WOODARDS.

Judgment entered February 13, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE